B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prairie Millworks Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4529544** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3385 N Route 47**<br>**Morris, IL**<br>ZIP Code **60450** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Grundy** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**% Attorney Robert Russo**<br>**211 E Jefferson**<br>**Morris, IL**<br>ZIP Code **60450** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Prairie Millworks Inc** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Prairie Millworks Inc**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John A. Reed**
Signature of Attorney for Debtor(s)

**John A. Reed 02299909**
Printed Name of Attorney for Debtor(s)

**John A. Reed Ltd.**
Firm Name

**63 W. Jefferson Street # 200**
**Joliet, IL 60432**

_____
Address

_____
Telephone Number

**July 29, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott E Barbauld**
Signature of Authorized Individual

**Scott E Barbauld**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 29, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Prairie Millworks Inc**

Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 173,307.48 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 267,500.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 21,368.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 383,952.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | | Total Assets | 173,307.48 | | |
| | | | Total Liabilities | 672,820.80 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Prairie Millworks Inc**_____,   Case No. _____

                                        Debtor

                                                  Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Prairie Millworks Inc**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Prairie Millworks Inc**                                         ,   Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at First Midwest Bank | - | 39.00 |
| | | Checking account at Chase Bank | - | 19.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                  **58.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Prairie Millworks Inc**

                                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable against Robert & Lisa Grantman. Mechanics lien filed on real estate located at 1019 Chase Trail New Lenox, Illinois** | - | 4,898.80 |
| | | **Account receivable for G Schultz & Associates for $5274.35 for 145 Tower Drive Burr Ridge, Illinois 60527** | - | 5,274.35 |
| | | **Account receivable for Park Hill Development % Carl Trotto located at 917 East Bailey Road Naperville, Illinois** | - | 420.41 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **10,593.56**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Prairie Millworks Inc**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevrolet C1500 Silverado Pickup Truck** | - | 7,500.00 |
| | | **2000 Chevrolet G3500 Express Cube Van** | - | 4,500.00 |
| | | **1994 Chevrolet C3500 Cab Chasse Flat Bed Truck** | - | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached list** | - | 60,629.00 |
| 30. Inventory. | | **See attached list** | - | 87,526.92 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >      162,655.92
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Prairie Millworks Inc**                                      ,        Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >          **173,307.48**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

# Asset List

| Item # | Item Name | Value |
|---|---|---|
| 15 | Holla Fork Lift | 5,000 |
| 327 | Sideshifter | 450 |
| 101 | Flooring Display | 0 |
| 102 | Camera Security System | 450 |
| 155 | Modem Workstation | 0 |
| 321 | Morris Computer | 500 |
| 363 | Morris Computer | 400 |
| 379 | VPN Router | 95 |
| XXXXXXXXXXXXXXXXXXX | | XXXXX |
| XXXXXXXXXXXX | | XXXX |
| XXXXXXXXXXXXX | | XXXXX |
| XXXXXXXXXXX | | XXXXX |
| 241 | Shelving | 6,000 |
| 242 | Router Jig | 200 |
| 243 | Panel Saw | 1,000 |
| 244 | File Server | 0 |
| 245 | SPG File Server | 0 |
| 246 | SPG Register Computer | 0 |
| 247 | HP 1200 Printer | 200 |
| 248 | Router | 0 |
| 249 | Star Printer | 300 |
| 250 | Register Workstation | 250 |
| 251 | Office Workstation | 250 |
| 252 | Display Counter | 1,000 |
| 253 | Storage Room | 400 |
| 254 | Lawnmower | 300 |
| 255 | Printer/Scanner Holder | 0 |
| 256 | Interior Doors | 500 |
| 257 | 12" Slide Saw | 400 |
| 340 | NURIT CC Machine | 250 |
| 353 | Automatic Table Saw | 1,250 |
| 354 | Display Racks | 2,000 |
| 376 | Store Fixtures | 700 |
| 387 | Shelving/Bins | 500 |
| | Coffee Maker | 20 |
| | TV/VCR | 50 |
| | Refrigerator | 75 |
| | Microwave | 40 |
| | Safe | 200 |
| | Cabinets/Desks | 1,500 |
| | Office Chairs | 100 |
| | File Cabinets | 150 |
| | Supplies, Calculators, etc… | 400 |
| | Flooring Nailer | 250 |
| | Flooring Nailer (II) | 250 |
| | Flooring Nailer Manual | 125 |
| | Flooring Nailer Manual (II) | 125 |
| | Phone System | 150 |
| | Battery Backups | 200 |
| | Table and chairs | 0 |
| | Desk in millwork room | 500 |
| | 4 Oak box NEWELS | 400 |
| | Fireplace Surround | 250 |
| | Router | 75 |
| | 3-Horsepower Router | 200 |
| | Record roller stand | 15 |
| | Custom router stand/freud | 200 |

# Asset List

| Item # | Item Name | Value |
|---|---|---|
| | 2 PC 14.4 Drills | 200 |
| | PC 330 Sander | 40 |
| | 7334 Sander | 75 |
| | Jet Grinder | 35 |
| | Long Ranger | 30 |
| | 737 Tiger Saw | 75 |
| | 330 Sander | 45 |
| | JMA Mortising | 20 |
| | 8-inch Systematic Dato Set | 50 |
| | 15 Misc. Sawblades | 187 |
| | 18 Misc. Router bits | 135 |
| | 2 Bandsaw blades | 30 |
| | Matabo Drill | 140 |
| | Shop Supplies | 300 |
| | Shop Vac | 75 |
| | 3 Dollies | 275 |
| | 6-foot Rolling Ladder | 200 |
| | 8-foot Ladder | 150 |
| | Palette Racking Uprights | 700 |
| | Palette Racking Arms | 1,280 |
| | Jet Palette Truck | 150 |
| | Ice chest | 60 |
| | Toastmaster Oven | 60 |
| | Oak Podium | 100 |
| | 15.5-inch Electric Impulse Sealer | 150 |
| | 3 18-foot Tables | 455 |
| | 1 5-foot Table | 20 |
| | Hoover Vacuum | 200 |
| | Outside Sign | 0 |
| | Veriphone Credit Card Machine | 150 |
| | Powermatic Planar | 1,150 |
| | Jet Dust Collector | 500 |
| | HP Printer 1320 | 259 |
| | Counter Point Software | 16,400 |
| | Telephone | 65 |
| | Dell Computer Dimension 2400 | 748 |
| | Dell Computer Dimension 2400 | 748 |
| | Dell Power Edge 830 Server | 2,985 |
| | Dell Computer Inspiron 9400 | 1,652 |
| | Dell Computer Inspiron 9400 | 1,286 |
| | Dell Order -- Anit Virus, Windows Server CALs | 567 |
| | Dell Backup Tape Drive | 924 |
| | Dell Monitor | 288 |

### TOTAL:          $ 60,629

Date 6/30/2009       Time 4:07:07PM

**Prairie Millworks, Inc.**

Inventory Analysis by Category (Summary)

Select all
Location: 10
Ranked by: Category Inventory value

| Rank | Category<br>Description | Qty on hand | Qty committed | Qty on PO | Retail value | Profit value | Profit % | Inv value |
|---|---|---|---|---|---|---|---|---|
| 1 | MOULDING<br>MOULDING | 24,386.5 | 2,585 | 426 | 40,250.1330 | 17,045.34 | 42.35 | 23,204.82 |
| 2 | TOOLS<br>TOOLS | 292 | 2 | 0 | 18,044.9300 | 6,520.13 | 36.13 | 11,524.80 |
| 3 | LUMBER<br>LUMBER | 4,047.55 | 170.7 | 0 | 17,637.9010 | 8,442.01 | 47.86 | 9,195.89 |
| 4 | ROCKLER<br>ROCKLER | 1,191 | 21 | 0 | 12,076.5000 | 5,773.75 | 47.81 | 6,302.75 |
| 5 | DOORS<br>Doors | 103 | 15 | 0 | 8,406.8400 | 2,572.68 | 30.60 | 5,834.16 |
| 6 | FLOORING<br>FLOORING | 1,360.44 | 210 | 0 | 12,900.2460 | 7,904.94 | 61.28 | 4,995.31 |
| 7 | TURNINGS<br>Lathe Stock | 870.9 | 0 | 0 | 4,721.2325 | 1,264.93 | 26.79 | 3,456.30 |
| 8 | **Unassigned** | 916 | 0 | 0 | 158.0000 | -2,485.14 | -1,572.87 | 2,643.14 |
| 9 | PLYWOOD<br>PLYWOOD | 57 | 17 | 0 | 3,392.2700 | 1,030.97 | 30.39 | 2,361.30 |
| 10 | THERMATRU<br>Thermatru Exterior Doors | 8 | 0 | 0 | 2,183.3700 | 93.15 | 4.27 | 2,090.22 |
| 11 | GLUE/FINIS<br>GLUE/FINISH | 450 | 0 | 0 | 4,074.0000 | 2,038.49 | 50.04 | 2,035.51 |
| 12 | ACCESSORIE<br>ACCESSORIES | 1,177 | 1 | 0 | 3,845.9600 | 2,051.05 | 53.33 | 1,794.91 |
| 13 | ABRASIVES<br>ABRASIVES | 430 | 0 | 0 | 2,903.1300 | 1,350.01 | 46.50 | 1,553.12 |
| 14 | STAIRPARTS<br>STAIRPARTS | 290.5 | 16 | 0 | 3,355.5250 | 1,829.67 | 54.53 | 1,525.86 |
| 15 | WINDOWS<br>EXTERIOR WINDOWS | 12 | 0 | 0 | 1,229.5500 | 85.84 | 6.98 | 1,143.71 |
| 16 | ROUTER BIT<br>ROUTER BITS | 66 | 2 | 0 | 1,579.6800 | 531.33 | 33.64 | 1,048.35 |
| 17 | HARDWARE<br>HARDWARE | 646 | 0 | 0 | 2,493.9100 | 1,516.14 | 60.79 | 977.77 |
| 18 | STATIONARY<br>STATIONARY TOOLS/ACCE | 40 | 2 | 0 | 1,771.7400 | 818.60 | 46.20 | 953.14 |
| 19 | LABOR<br>Labor | 498 | 0 | 0 | 19,386.0000 | 19,386.76 | 100.00 | 902.74 |
| 20 | CARVING/TU<br>CARVING/TURNING | 131 | 0 | 0 | 1,500.8300 | 686.82 | 45.76 | 814.01 |
| 21 | WOODWORKIN<br>WOODWORKING PLANS | 205 | 0 | 0 | 1,134.6700 | 423.01 | 37.28 | 711.66 |
| 22 | BLADES<br>BLADES | 17 | 2 | 0 | 1,152.6000 | 446.22 | 38.71 | 706.38 |
| 23 | VENEER<br>VENEER | 1,214.85 | 22 | 0 | 1,359.5250 | 813.58 | 59.84 | 545.95 |
| 24 | OUTDOOR<br>OUTDOOR | 43 | 0 | 0 | 779.6000 | 284.35 | 36.47 | 495.25 |

Date 6/30/2009        Time 4:07:07PM

Prairie Millworks, Inc.

Inventory Analysis by Category (Summary)

Select all
Location: 10
Ranked by: Category Inventory value

| Rank | Category Description | Qty on hand | Qty committed | Qty on PO | Retail value | Profit value | Profit % | Inv value |
|---|---|---|---|---|---|---|---|---|
| | | 21 | 0 | 0 | 606.5100 | 259.57 | 42.80 | 346.94 |
| 25 | CLAMPS CLAMPS | | | | | | | |
| 26 | TIMBERGATE Timbergate Doors | 25 | 0 | 0 | 942.1000 | 698.22 | 74.11 | 243.88 |
| 27 | DRILLING DRILLING | 25 | 0 | 0 | 350.0900 | 152.90 | 43.67 | 197.19 |
| 28 | WOODEN PAR WOODEN PARTS | 409 | 0 | 0 | 603.5500 | 446.19 | 73.93 | 157.36 |
| 29 | RESTOCK RESTOCK | 924 | 0 | 0 | 1,160.2200 | 1,053.42 | 90.79 | 106.80 |
| 30 | DELIVERY Delivery Charges | 1 | 1 | 0 | 50.0000 | 33.20 | 66.40 | 16.80 |
| 31 | BOULDERCRE Stone Production | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 32 | CABINETS Kitchen Kompact | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 33 | COLUMNS Turncraft | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 34 | CREATIVE CREATIVE DOORS | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 35 | DECKING Decking Material | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 36 | LAMINATE WILSON ART | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 37 | M JOBBERS Midwest Jobbers | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 38 | MATHIOS ST MATHIOS STONE | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 39 | MIDWEST Midwest Jobbers | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 40 | NONSTOCK Nonstock Items | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 41 | OTHER Other | 32.28 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 42 | PARTS SERVICE PARTS | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 43 | WOODHARBOR Woodharbor Doors | 0 | 0 | 0 | 0.0000 | 0.00 | 0.00 | 0.00 |
| 44 | SERVICES Services | 37 | 0 | 0 | -54.0000 | 305.10 | -565.00 | -359.10 |
| | Report totals | 39,927.02 | 3,066.7 | 426 | 169,996.61 | 83,373.22 | 49.04 | 87,526.92 |

-- End of report --

B6D (Official Form 6D) (12/07)

In re    **Prairie Millworks Inc**                                          Case No. _____
_____,
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0309**<br><br>**Creditor #: 1**<br>**First Midwest Bank, N.A.**<br>**One Pierce Place**<br>**Suite # 1500**<br>**Itasca, IL 60143** | X | - | **12/22/2008**<br><br>**Business Loan**<br><br>**Inventory, equipment, supplies** | | | | | |
| | | | Value $                    **148,155.92** | | | | **30,000.00** | **0.00** |
| Account No.<br><br>**Representing:**<br>**First Midwest Bank, N.A.** | | | **First Midwest Bank, N.A.**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** | | | | | |
| | | | Value $ | | | | | |
| Account No. **xxxxx9599**<br><br>**Creditor #: 2**<br>**First Midwest Bank, N.A.**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** | X | - | **04/21/2006**<br><br>**Business Loan**<br><br>**Inventory, equipment, supplies** | | | | | |
| | | | Value $                    **148,155.92** | | | | **237,500.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**_0_**   continuation sheets attached

| | Subtotal<br>(Total of this page) | **267,500.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **267,500.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Prairie Millworks Inc**                                                              ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Prairie Millworks Inc** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | - | | **941 Taxes** | | | | 21,368.00 | 21,368.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 21,368.00 | 21,368.00 | 0.00 |
|---|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 21,368.00 | 21,368.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Prairie Millworks Inc** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Creditor #: 1 All Tile Inc PO Box 809244 Chicago, IL 60680-9244 | - | | | | | | | | |
| | | | | | | | | | 1,302.66 |
| Account No. | | | | | All Tile Inc 1111 Chase Avenue % Lynette Glenn Elk Grove Village, IL 60007 | | | | |
| Representing: All Tile Inc | | | | | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Creditor #: 2 Anttix Inc % Jason Richmond 1147 Brook Forest Drive Shorewood, IL 60404 | - | | | | | | | | |
| | | | | | | | | | 410.73 |
| Account No. | | | | | Utility Bill | | | | |
| Creditor #: 3 AT&T PO Box 8100 Aurora, IL 60507-8100 | - | | | | | | | | |
| | | | | | | | | | 176.36 |

|  |  |
|---|---|
| __14__ continuation sheets attached | Subtotal (Total of this page)   **1,889.75** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:34734-090714   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Prairie Millworks Inc**                                          ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4** | | | | Trade debt | | | | |
| **Black & Decker, USPTG** **PO Box 98692** **Chicago, IL 60693** | - | | | | | | | 146.51 |
| Account No. **5** | | | | Trade debt | | | | |
| **Blue Linx** **PO Box 93560** **Chicago, IL 60673** | - | | | | | | | 926.72 |
| Account No. **6** | | | | Trade debt | | | | |
| **Builders Stair Supply Inc** **9217 Watson Industrial Park** **Saint Louis, MO 63126** | - | | | | | | | 684.82 |
| Account No. **7** | | | | Credit Card | | | | |
| **Capital One Services** **P.O. Box 30285** **Salt Lake City, UT 84130-0285** | - | | | | | | | 1,152.00 |
| Account No. **8** | | | | Utility Bill | | | | |
| **Com Ed CCC** **c/o Revenue Mgmt - Bankruptcy Grp** **P.O. Box 87522** **Chicago, IL 60680** | - | | | | | | | 1.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,911.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prairie Millworks Inc**                                                    Case No. _____
                                                      ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Professional fees | | | | |
| Creditor #: 9 Cordano Severson & Associates 2321 Plainfield Road Crest Hill, IL 60403 | - | | | | | | | | 1.00 |
| Account No. | | | | | Trade debt | | | | |
| Creditor #: 10 Country Insurance Financial Service PO Box 2100 Bloomington, IL 61702-2100 | - | | | | | | | | 606.73 |
| Account No. | | | | | Trade debt | | | | |
| Creditor #: 11 EA Allen Lumber Co 117 East Industrial Drive PO Box 290 Momence, IL 60954 | - | | | | | | | | 1,753.38 |
| Account No. **xxxx x1177** | | | | | Trade Debt | | | | |
| Creditor #: 12 Empire Company Inc PO Box 17 Hudsonville, MI 49426 | - | | | | | | | | 2,983.84 |
| Account No. | | | | | Coface Collections North America PO Box 8471 Metairie, LA 70011 | | | | |
| Representing: Empire Company Inc | | | | | | | | | |

Sheet no. __2___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **5,344.95**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prairie Millworks Inc**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 13 Emtek Products Inc PO Box 31001-0823 Pasadena, CA 91110-0823 | - | | | | | | | 1,529.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 14 First Midwest Bank, N.A. P.O. Box 9003 Gurnee, IL 60031 | - | | | | | | | 228.00 |
| Account No. | | | | First Midwest Bank PO Box 3052 Milwaukee, WI 53201-3052 | | | | |
| Representing: First Midwest Bank, N.A. | | | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 15 Flexible Materials Inc 3162 Reliable Parkway Chicago, IL 60686-0031 | - | | | | | | | 157.16 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 16 Florstar Sales Inc 2780 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 5,038.04 |

| | | |
|---|---|---|
| Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,952.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prairie Millworks Inc**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Florstar Sales Inc** | | | **Florstar Sales Inc** <br>**1075 Taylor Road** <br>**Romeoville, IL 60446** | | | | |
| Account No. <br><br>**Creditor #: 17** <br>**Friendship Hardwoods LLC** <br>**PO Box 164** <br>**Friendship, WI 53934** | | - | Trade debt | | | | 11,820.54 |
| Account No. <br><br>**Creditor #: 18** <br>**GMAC Commercial Finance LLC** <br>**Natural Cork** <br>**PO Box 403058** <br>**Atlanta, GA 30384-3058** | | - | Trade debt | | | | 1,055.02 |
| Account No. <br><br>**Creditor #: 19** <br>**GrillWorks Inc** <br>**1609 Halbour Drive** <br>**PO Box 175** <br>**Marshall, MN 56258** | | - | Trade debt | | | | 179.00 |
| Account No. <br><br>**Creditor #: 20** <br>**Hardware Resources** <br>**PO Box 676668** <br>**Dallas, TX 75267-6668** | | - | Trade debt | | | | 379.70 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **13,434.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prairie Millworks Inc**                                                           ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing:** **Hardware Resources** | | | Hardware Resources PO Box 72021 Bossier City, LA 71172 | | | | |
| Account No. **Creditor #: 21** **Hawkeye Building Dist Ltd** **7922 42nd Street West** **Rock Island, IL 61201** | | - | Trade debt | | | | 41,113.82 |
| Account No. **Creditor #: 22** **Heartland Disposal of Illinois** **PO Box 588** **Morris, IL 60450** | | - | Utility Bill | | | | 72.12 |
| Account No. **Creditor #: 23** **John & Pamela McNabb** **3165 W Acorn Drive** **Morris, IL 60450** | | - | Leasehold monies | | | | 16,500.00 |
| Account No. **Creditor #: 24** **Kreg Tool Company** **201 Campus Drive** **Huxley, IA 50124** | | - | Trade debt | | | | 136.43 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           57,822.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prairie Millworks Inc**                                                    ,    Case No. _____

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 25 L Surges Custom Woodwork Inc 1420 Plainfield Road Joliet, IL 60435-4028 | - | | | | | | | 14,472.78 |
| Account No. | | | | Personal Loan | | | | |
| Creditor #: 26 Larry S. Weltmeyer 407 Reserve Court Joliet, IL 60431 | - | | | | | | | 50,300.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 27 Lawrence & Valerie Strache 13533 Latrobe Avenue Crestwood, IL 60445 | - | | | | | | | 7,500.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 28 McGrath Office Equipment 416 Liberty Street Morris, IL 60450 | - | | | | | | | 180.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 29 Midwest Jobbers Inc 3620 Ohio Avenue Saint Charles, IL 60174-5496 | - | | | | | | | 31.68 |

Sheet no. __6__ of __14__ sheets attached to Schedule of                          Subtotal                72,484.46
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Prairie Millworks Inc**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 30<br>Milgard Manufacturing Inc<br>774070 4070 Solutions Ctr<br>Chicago, IL 60677-4000 | - | | | | | | 4,527.55 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 31<br>Moulding & Millwork Inc Midwest<br>2200 W Haven<br>New Lenox, IL 60451 | - | | | | | | 11,502.29 |
| Account No. | | | Advertising | | | | |
| Creditor #: 32<br>NextMedia Group Inc<br>Dept 809217<br>Chicago, IL 60680-9217 | - | | | | | | 6,685.00 |
| Account No. | | | Barry Serota & Associates<br>PO Box 1008<br>Arlington Heights, IL 60006 | | | | |
| Representing:<br>NextMedia Group Inc | | | | | | | |
| Account No. | | | Utility Bill | | | | |
| Creditor #: 33<br>Nicor Gas<br>P.O. Box 549<br>Aurora, IL 60507 | - | | | | | | 1,051.47 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          23,766.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Prairie Millworks Inc**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>**Creditor #: 34<br>Northwest Furniture Inc<br>542 W 700 South<br>Hebron, IN 46341** | - | | | | **Trade debt** | | | | 4,300.00 |
| Account No.<br>**Creditor #: 35<br>Oak Products of Illinois Inc<br>7950 West 185th Street<br>Unit F<br>Tinley Park, IL 60477** | - | | | | **Trade debt** | | | | 6,469.18 |
| Account No.<br>**Creditor #: 36<br>One Way Manufacturing<br>241 Monteith Ave<br>N5A 2P6 CANADA<br>Stratford, ON** | - | | | | **Trade debt** | | | | 23.25 |
| Account No.<br>**Creditor #: 37<br>Paul S. Gallo<br>931 West 75th Street<br>Naperville, IL 60565** | - | | | | **Personal Loan** | | | | 52,724.00 |
| Account No.<br>**Creditor #: 38<br>Pekin Hardwood<br>PO Box 277<br>Pekin, IL 61555** | - | | | | **Trade debt** | | | | 526.56 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,042.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Prairie Millworks Inc** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Professional fees | | | | |
| Creditor #: 39<br>Polaris Computing<br>650 W Southmor Road<br>Morris, IL 60450-8173 | - | | | | | | 250.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 40<br>PSI Woodworking Products<br>9900 Global Road<br>Philadelphia, PA 19115 | - | | | | | | 252.62 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 41<br>Rayner & Rinn-Scott Inc<br>PO Box 362<br>Summit Argo, IL 60501 | - | | | | | | 6,039.11 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 42<br>ResinArt East Inc<br>201 Old Airport Road<br>Fletcher, NC 28732 | - | | | | | | 263.48 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 43<br>River City Millwork<br>2884 Eagle Way<br>Chicago, IL 60678-1028 | - | | | | | | 899.43 |

Sheet no. __9__ of __14__ sheets attached to Schedule of                                    Subtotal                          7,704.64
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Prairie Millworks Inc**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 44 RKO Saw 424 E Jackson Cullom, IL 60929 | | - | | | | | 222.70 |
| Account No. | | | Personal Loan | | | | |
| Creditor #: 45 Robert C. Hischier 406 Reserve Court Joliet, IL 60431 | | - | | | | | 60,316.00 |
| Account No. | | | Professional fees | | | | |
| Creditor #: 46 Robert J Russo 211 East Jefferson Street Morris, IL 60450 | | - | | | | | 277.50 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 47 Rockler Woodworking & Hardware PO Box 500 Medina, MN 55340-0500 | | - | | | | | 294.18 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 48 Satellite City Inc PO Box 836 Simi Valley, CA 93062 | | - | | | | | 100.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    61,210.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prairie Millworks Inc**  _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Loan | | | | |
| **Creditor #: 49**<br>**Scott E. Barbauld**<br>**2390 N Parklake Drive**<br>**Morris, IL 60450** | - | | | | | | 25,528.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 50**<br>**Seal Rite**<br>**PO Box 1414**<br>**Pataskala, OH 43062** | - | | | | | | 2,304.78 |
| Account No. | | | **Creditors Recovery Systems Inc**<br>**212 West St Charles Road**<br>**Villa Park, IL 60181** | | | | |
| **REPRESENTING:**<br>**Seal Rite** | | | | | | | |
| Account No. | | | Utility Bill | | | | |
| **Creditor #: 51**<br>**Sprint**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | - | | | | | | 304.93 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 52**<br>**Sure-Loc Hardware Inc**<br>**PO Box 980026**<br>**Park City, UT 84098** | - | | | | | | 18.80 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,156.51

B6F (Official Form 6F) (12/07) - Cont.

In re **Prairie Millworks Inc**                                              , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unemployment Tax | | | | |
| Creditor #: 53 The Empire Company Inc Dept 7075 Carol Stream, IL 60122-7075 | - | | | | | | 2,983.84 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 54 Timbergate Division Bertch Cabinet PO Box 2280 Waterloo, IA 50704 | - | | | | | | 3,173.24 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 55 Tooltechnic Systems LLC Festool Dept CH 19073 Festool USA Palatine, IL 60055-9073 | - | | | | | | 1,460.67 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 56 Water & Associates Outlets Inc 1223 N Broadway Joliet, IL 60435 | - | | | | | | 26.97 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 57 Wilber Woodworks 999 Cavewood Dawson, IL 62520 | - | | | | | | 84.13 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 7,728.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prairie Millworks Inc**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 58 WMH Tool Group 12476 Collection Center Drive Chicago, IL 60693 | - | | | | | | 1,982.00 |
| Account No. | | | Purchase Agreement -- Lawsuit 09 LM 437 | | | | |
| Creditor #: 59 Woodworker's Shop Inc % Rick Butler 13587 E Manito Road Pekin, IL 61555 | - | | | | | | 28,138.28 |
| Account No. | | | Hayes & Sarff, LLP Attorneys At Law 331 S Fourth Street Pekin, IL 61554 | | | | |
| Representing: Woodworker's Shop Inc | | | | | | | |
| Account No. | | | Rick A Butler PO Box 277 Pekin, IL 61555-0277 | | | | |
| Representing: Woodworker's Shop Inc | | | | | | | |
| Account No. | | | Trade debt | | | | |
| Creditor #: 60 Wright Express Fleet Fueling PO Box 6293 Carol Stream, IL 60197-6293 | - | | | | | | 1.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **30,121.28**

B6F (Official Form 6F) (12/07) - Cont.

In re __Prairie Millworks Inc_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Creditor #: 61** **Zekes Furniture Mart** **318 W Wauponsie** **Dwight, IL 60420** | | - | | | | | |
| | | | | | | | 382.80 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    382.80

Total
(Report on Summary of Schedules)    383,952.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Prairie Millworks Inc**                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **John & Pamela McNabb**<br>**3165 W Acorn Drive**<br>**Morris, IL 60450** | **Lease regarding premises located at 3385 N Route 47, Morris, Illinois**<br>**$ 3,750.00 per month**<br>**Debtor rejects said executory contract in its entirety** |
| **Woodworker's Shop Inc**<br>**% Rick Butler**<br>**13587 E Manito Road**<br>**Pekin, IL 61555** | **Asset Sale & Purchase Agreement between Woodworker's Shop Inc & Prairie Millworks Inc. dated April 15, 2006. Debtor hereby rejects said Purchase Agreement in its entirety.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Prairie Millworks Inc**                                              ,   Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Larry S. Weltmeyer**<br>**407 Reserve Court**<br>**Joliet, IL 60431** | **First Midwest Bank, N.A.**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** |
| **Larry S. Weltmeyer**<br>**407 Reserve Court**<br>**Joliet, IL 60431** | **First Midwest Bank, N.A.**<br>**One Pierce Place**<br>**Suite # 1500**<br>**Itasca, IL 60143** |
| **Paul S. Gallo**<br>**931 West 75th Street**<br>**Naperville, IL 60565** | **First Midwest Bank, N.A.**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** |
| **Robert C. Hischier**<br>**406 Reserve Court**<br>**Joliet, IL 60431** | **First Midwest Bank, N.A.**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** |
| **Scott E. Barbauld**<br>**2390 N Parklake Drive**<br>**Morris, IL 60450** | **First Midwest Bank, N.A.**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** |
| **Scott E. Barbauld**<br>**2390 N Parklake Drive**<br>**Morris, IL 60450** | **First Midwest Bank, N.A.**<br>**One Pierce Place**<br>**Suite # 1500**<br>**Itasca, IL 60143** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Prairie Millworks Inc**                                          Case No. _____

                                        Debtor(s)          Chapter    **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 29, 2009** _____     Signature   **/s/ Scott E Barbauld** _____
                                                            **Scott E Barbauld**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Prairie Millworks Inc** _____    Case No. _____

_____
Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-70,000.00** | **2009 YTD: Business Loss** |
| **$-207,402.00** | **2008: Business Loss** |
| **$-85,671.00** | **2007: Business Loss** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Woodworkers Shop Inc. v Prairie Millworks, Inc. et al -- 09 LM 437** | **Contract Dispute** | **Pekin, Tazwell County, Illinois** | **Pending** |

| None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :--: | :-- |
| ☐ | |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| :-- | :-- | :-- |
| **Pekin Hardwood Inc**<br>**PO Box 277**<br>**Pekin, IL 61555** | **July 17, 2009** | **Creditor removed from premises molding & trim in the approximate value of $500.00** |

### 5. Repossessions, foreclosures and returns

| None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :--: | :-- |
| ☐ | |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| :-- | :-- | :-- |
| **Coal City Methodist Church**<br>**6805 E Mc Ardle Road**<br>**Coal City, IL 60416** | **6/30/2009** | **Deposit refunded on Invoice # 1-1012315 for $824.49** |

### 6. Assignments and receiverships

| None | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :--: | :-- |
| ■ | |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| :-- | :-- | :-- |

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :--: | :-- |
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| :-- | :-- | :-- | :-- |

### 7. Gifts

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :--: | :-- |
| ■ | |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| :-- | :-- | :-- | :-- |

### 8. Losses

| None | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :--: | :-- |
| ■ | |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| :-- | :-- | :-- |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John A. Reed Ltd.**<br>**63 W. Jefferson Street # 200**<br>**Joliet, IL 60432** | **July, 2009** | **$2,800.00 plus costs of suit** |

**10. Other transfers**

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

|  | DESCRIPTION AND VALUE OF |  |
|---|---|---|
| NAME AND ADDRESS OF OWNER | PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Prairie Millworkd Inc.** | **20-4529544** | **3385 N Route 47 Morris, IL 60450** | **Retail woodwork & millwork supplies** | **04/2006 - 06/3009** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                 ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

(*An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.*)

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Cordano, Severson & Associates Ltd.** **2321 Plainfield Road** **Crest Hill, IL 60403** | **2006 - 2009** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Country Companies Insurance** | | **June 2008- workers compensation audit** |
| **Illinois Department of Revenue** | **Bankruptcy Section P.O. Box 64338 Chicago, IL 60664** | **July 2009 -** |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS
**Cordano, Severson & Associates Ltd.**                      **2321 Plainfield Road**
                                                             **Crest Hill, IL 60403**

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED
**First Midwest Bank, N.A.**                                 **2006**
**P.O. Box 9003**
**Gurnee, IL 60031**

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐     and the dollar amount and basis of each inventory.

|                                |                              | DOLLAR AMOUNT OF INVENTORY |
|--------------------------------|------------------------------|----------------------------|
| DATE OF INVENTORY              | INVENTORY SUPERVISOR         | (Specify cost, market or other basis) |
| **06/30/2009**                 | **Scott Barbauld & Ivan Plemmons** | **$ 87,526.92**      |
| **June 2008**                  | **Scott Barbauld & Ivan Plemmons** | **$ 150,000**        |

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

|                                | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|--------------------------------|------------------------------------------------------|
| DATE OF INVENTORY              |                                                      |
| **06/30/2009**                 | **Robert Hischier**                                  |
|                                | **406 Reserve Court**                                |
|                                | **Joliet, IL 60431**                                 |
| **June 2008**                  | **Robert Hischier**                                  |
|                                | **406 Reserve Court**                                |
|                                | **Joliet, IL 60431**                                 |

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS               | NATURE OF INTEREST           | PERCENTAGE OF INTEREST |
|--------------------------------|------------------------------|------------------------|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                                |                              | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|--------------------------------|------------------------------|------------------------------------------|
| NAME AND ADDRESS               | TITLE                        |                                          |
| **Scott E. Barbauld**          | **President**                | **25% shareholder**                      |
| **2390 N Parklake Drive**      |                              |                                          |
| **Morris, IL 60450**           |                              |                                          |
| **Paul S. Gallo**              | **Vice President**           | **25% shareholder**                      |
| **931 West 75th Street**       |                              |                                          |
| **Naperville, IL 60565**       |                              |                                          |
| **Robert C. Hischier**         | **Secretary**                | **25% shareholder**                      |
| **406 Reserve Court**          |                              |                                          |
| **Joliet, IL 60431**           |                              |                                          |

8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Larry S. Weltmeyer**<br>**407 Reserve Court**<br>**Joliet, IL 60431** | **Treasurer** | **25% shareholder** |

**22 . Former partners, officers, directors and shareholders**

None
■
   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Scott E. Barbauld**<br>**2390 N Parklake Drive**<br>**Morris, IL 60450**<br>  **President** | **Wages** | **$ 15,522** |

**24. Tax Consolidation Group.**

None
■
   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **July 29, 2009**            Signature    **/s/ Scott E Barbauld**
                                               **Scott E Barbauld**
                                               **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re __Prairie Millworks Inc__                           Case No. _____

                                               Debtor(s)           Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept.............................................. | $ | **2,800.00** |
| Prior to the filing of this statement I have received................................... | $ | **2,800.00** |
| Balance Due................................................................................................. | $ | **0.00** |

2.    $__**299.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

        ■ Debtor      □ Other (specify):

4.    The source of compensation to be paid to me is:

        ■ Debtor      □ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions,or any other type of adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  __**July 29, 2009**__                **/s/ John A. Reed**
                                             **John A. Reed**
                                             **John A. Reed Ltd.**
                                             **63 W. Jefferson Street # 200**
                                             **Joliet, IL 60432**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Prairie Millworks Inc**

_____     Case No. _____

Debtor(s)     Chapter  **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **72**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 29, 2009** _____     **/s/ Scott E Barbauld** _____

**Scott E Barbauld**/**President**

Signer/Title

All Tile Inc
PO Box 809244
Chicago, IL 60680-9244


All Tile Inc
1111 Chase Avenue
% Lynette Glenn
Elk Grove Village, IL 60007


Anttix Inc
% Jason Richmond
1147 Brook Forest Drive
Shorewood, IL 60404


AT&T
PO Box 8100
Aurora, IL 60507-8100


Barry Serota & Associates
PO Box 1008
Arlington Heights, IL 60006


Black & Decker, USPTG
PO Box 98692
Chicago, IL 60693


Blue Linx
PO Box 93560
Chicago, IL 60673


Builders Stair Supply Inc
9217 Watson Industrial Park
Saint Louis, MO 63126


Capital One Services
P.O. Box 30285
Salt Lake City, UT 84130-0285


Coface Collections North America
PO Box 8471
Metairie, LA 70011

Com Ed CCC
c/o Revenue Mgmt - Bankruptcy Grp
P.O. Box 87522
Chicago, IL 60680


Cordano Severson & Associates
2321 Plainfield Road
Crest Hill, IL 60403


Country Insurance Financial Service
PO Box 2100
Bloomington, IL 61702-2100


Creditors Recovery Systems Inc
212 West St Charles Road
Villa Park, IL 60181


EA Allen Lumber Co
117 East Industrial Drive
PO Box 290
Momence, IL 60954


Empire Company Inc
PO Box 17
Hudsonville, MI 49426


Emtek Products Inc
PO Box 31001-0823
Pasadena, CA 91110-0823


First Midwest Bank
PO Box 3052
Milwaukee, WI 53201-3052


First Midwest Bank, N.A.
One Pierce Place
Suite # 1500
Itasca, IL 60143


First Midwest Bank, N.A.
P.O. Box 9003
Gurnee, IL 60031

Flexible Materials Inc
3162 Reliable Parkway
Chicago, IL 60686-0031


Florstar Sales Inc
2780 Paysphere Circle
Chicago, IL 60674


Florstar Sales Inc
1075 Taylor Road
Romeoville, IL 60446


Friendship Hardwoods LLC
PO Box 164
Friendship, WI 53934


GMAC Commercial Finance LLC
Natural Cork
PO Box 403058
Atlanta, GA 30384-3058


GrillWorks Inc
1609 Halbour Drive
PO Box 175
Marshall, MN 56258


Hardware Resources
PO Box 676668
Dallas, TX 75267-6668


Hardware Resources
PO Box 72021
Bossier City, LA 71172


Hawkeye Building Dist Ltd
7922 42nd Street West
Rock Island, IL 61201


Hayes & Sarff, LLP
Attorneys At Law
331 S Fourth Street
Pekin, IL 61554

Heartland Disposal of Illinois
PO Box 588
Morris, IL 60450


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


John & Pamela McNabb
3165 W Acorn Drive
Morris, IL 60450


Kreg Tool Company
201 Campus Drive
Huxley, IA 50124


L Surges Custom Woodwork Inc
1420 Plainfield Road
Joliet, IL 60435-4028


Larry S. Weltmeyer
407 Reserve Court
Joliet, IL 60431


Lawrence & Valerie Strache
13533 Latrobe Avenue
Crestwood, IL 60445


McGrath Office Equipment
416 Liberty Street
Morris, IL 60450


Midwest Jobbers Inc
3620 Ohio Avenue
Saint Charles, IL 60174-5496


Milgard Manufacturing Inc
774070 4070 Solutions Ctr
Chicago, IL 60677-4000


Moulding & Millwork Inc Midwest
2200 W Haven
New Lenox, IL 60451

NextMedia Group Inc
Dept 809217
Chicago, IL 60680-9217


Nicor Gas
P.O. Box 549
Aurora, IL 60507


Northwest Furniture Inc
542 W 700 South
Hebron, IN 46341


Oak Products of Illinois Inc
7950 West 185th Street
Unit F
Tinley Park, IL 60477


One Way Manufacturing
241 Monteith Ave
N5A 2P6 CANADA
Stratford, ON


Paul S. Gallo
931 West 75th Street
Naperville, IL 60565


Pekin Hardwood
PO Box 277
Pekin, IL 61555


Polaris Computing
650 W Southmor Road
Morris, IL 60450-8173


PSI Woodworking Products
9900 Global Road
Philadelphia, PA 19115


Rayner & Rinn-Scott Inc
PO Box 362
Summit Argo, IL 60501


ResinArt East Inc
201 Old Airport Road
Fletcher, NC 28732

Rick A Butler
PO Box 277
Pekin, IL 61555-0277


River City Millwork
2884 Eagle Way
Chicago, IL 60678-1028


RKO Saw
424 E Jackson
Cullom, IL 60929


Robert C. Hischier
406 Reserve Court
Joliet, IL 60431


Robert J Russo
211 East Jefferson Street
Morris, IL 60450


Rockler Woodworking & Hardware
PO Box 500
Medina, MN 55340-0500


Satellite City Inc
PO Box 836
Simi Valley, CA 93062


Scott E. Barbauld
2390 N Parklake Drive
Morris, IL 60450


Seal Rite
PO Box 1414
Pataskala, OH 43062


Sprint
3000 Corporate Exchange Drive
Columbus, OH 43231


Sure-Loc Hardware Inc
PO Box 980026
Park City, UT 84098

The Empire Company Inc
Dept 7075
Carol Stream, IL 60122-7075


Timbergate Division Bertch Cabinet
PO Box 2280
Waterloo, IA 50704


Tooltechnic Systems LLC Festool
Dept CH 19073
Festool USA
Palatine, IL 60055-9073


Water & Associates Outlets Inc
1223 N Broadway
Joliet, IL 60435


Wilber Woodworks
999 Cavewood
Dawson, IL 62520


WMH Tool Group
12476 Collection Center Drive
Chicago, IL 60693


Woodworker's Shop Inc
% Rick Butler
13587 E Manito Road
Pekin, IL 61555


Wright Express Fleet Fueling
PO Box 6293
Carol Stream, IL 60197-6293


Zekes Furniture Mart
318 W Wauponsie
Dwight, IL 60420

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Prairie Millworks Inc**
_____
Debtor(s)

Case No. _____

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prairie Millworks Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 29, 2009**
_____
Date

**/s/ John A. Reed**
_____
**John A. Reed**
Signature of Attorney or Litigant
Counsel for   **Prairie Millworks Inc**
_____
**John A. Reed Ltd.**
**63 W. Jefferson Street # 200**
**Joliet, IL 60432**